MOTION DISMISSED
DATE: 2-11-15
BY: PC

42,141-03;
-04

Jeremy Crespin
TDCJ No. 1807429
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX  76597

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, TX  78711

Februrary 2, 2015

RE:  WR-82,141-03 and WR-82,141-04

Dear Clerk,

Please find enclosed one original and one copy of a Motion to STAY proceedings.

Please file the original in WR-82, 141-04.

Please file the copy in WR-82,14104.

Thank you for your time and assistance.

Respectfully,

x _Jeremy Crespin_
Jeremy Crespin
Applicant PRO SE

JC/swd
cc:  DA

RECEIVED IN
COURT OF CRIMINAL APPEALS

FEB 05 2015

Abel Acosta, Clerk

Jeremy Crespin
TDCJ No. 1807429
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX 76597

Honorable Tracy Holmes
363RD District Court - CHAMBERS
133 N. Riverfront Blvd., LB36
Dallas, TX 75204-4313

Februrary 2, 2015

RE: DID NOT RECEIVE COPY OF FINDINGS OF FACT OR SUPPORTING DOCUMENTS
Cause No(s). W08-16204-W(B) and W08-16205-W(B)

Dear Judge Holmes:

I have never received copies of your Findings of Fact, **Convc** Conclusions of Law, and Recomendation entered in these cases. Thus, I was very suprised when I received a notice from the Court of Criminal Appeals that the writ applications had been forwarded to that court.

Please instruct the DIstrict Clerk to forward me a copy of the Findings of Fact, Conclusions of Law, and Recomendation that were entered in Cause Nombers W008 16204-W(B) and W08-16205-W(B). It appears these were entered around January 6, 2015 and for some reason were never mailed to me,

Could you also please have the District Clerk mail me a **cop** copy of any other Orders you entered in these cases and supporting documents. By supporting documents I mean the evidence you used to support your Findings of Fact; such as, Juvenile Court records and ALL affidavits of counsel. Hopefully you took the time to obtain my mental health records from the jail.

I have asked the Court of Criminal Appeals to STAY these proceedings to give me time to respond to your Findings of Fact. As you are aware, in these cases (and their "A" versions) I have timely replied to every action taken by this Court, the Court of Criminal Appeals, and the State. Thus, if I had received a copy of your Findings of Faset you can rest assured that I would have filed a REPLY, with OBJECTINS, within 10 days ( as permitted by Rule 73 of the Texas Rules of Appellate Procedure.) You might want to NOTIFY the Court of Criminal Appeals that you now provided me with copies.

Thank YOU for your time and attention to this matter.

Respectfully,

x _Jeremy Crespin_
Jeremy Crespin
Applicant PRO SE

JC/swd
cc: DA, CCA

COPY
ORIGINAL
FILED IN
WR-82,141-04

CCA WRIT NO(S). WR-82,141-03 AND WR-82,141-04
TRAIL CT. WRIT NO(S) W08-16204-W(B) AND W08-16205-W(B)

| | | |
|---|---|---|
| EX<br>EX PARTE | § § § | IN THE COURT OF<br>CRIMINAL APPEALS OF TEXAS |
| JEREMY CRESPON | § § | AT AUSTIN, TEXAS |

**APPLICANT'S PRO SE MOTION TO STAY PROCEEDINGS AND ORDER CONVICTING
COURT TO PROVIDE APPLICANT WITH A COPY OF FINDINGS OF FACT,
CONCLUSIONS OF LAW, AND RECOMMENDATION AND SUPPORTING DOCUMENTS**

TO THE HONORBALE JUDGES OF THIS COURT:

THE Texas Legislature, and Due Process, requires that a convicting court clerk must provide an applicant with copies of all documents filed in an 11.07 writ application case; to include, the convicting court's Findings of Fact, Conclusions of Law, and Recommendation. See, Tex. Code Crim. Proc., **Art** art. 11.07 §7; T.R.A.P. 73.4(b)(2). Applicant, Jeremy Crespin, has never received a copy, from the Dallas County District Clerk, of the Findings of Fact, Conclusions of Law, and Recommendation entered in these cases (W08916204-W(B) and W08-16205-W(B)). Nor, has Applicant ever received from the Dallas County District Clerk a copy of any supprting documents; such as, affidavits from c counsel (trial counsel, revocation counsel, or, revocation appellate counsel),,the Supplemental Clerk's Record (filed in WR-16204-03), and any other EXHIBITS used by the convicting court to make the **Fin** Findings of Fact. **Applicant has no idea** what the convicting court has found or recommended in these cases nor what evidence the convicitng court has used to support those findings. This has prevented Applicant from preparing and filing any OBJECTIONS to the Findings of Fact, Conclusions of Law, and Recommendation as permitted by Rule 73.4(b)(2) of the Texas Rules of Appellate Procedure.

Thus, Applicant asks this Court to STAY the proceedings and ORDER the convciting court clerk to provide Applicant with a copy of all documents filed in these cases (ex. "writ record") so that Applicant may file OBJECTIONS to the convicting court's Findings of Fact, Conclusions of Law, and Recommendation(s).[1]

## PRAYER

WHEREFORE, ALL CONSIDERED, JEREMY CRESPIN, THE Applicant, acting PRO SE, PRAYS this Honoorsable Court GRANT this motion in ALL things;;and, therein:

1)   STAY the proceedings in these cases,

2)   ORDER the convicøtång court clerk (or the clerk of this CourtCourt)tto provide Applicant personally, acting PRO SE, a copy of the "writ record(s)" and supplemental clerk's recordecord FILED in these cuaas (or the Findings of Fact, Conclusions of Law, and Recommendation(s)),

3)   ALLOW Applicant to FILE OBJECTIONS to the Findings of Fact, Conclusions of Law, and Recommendation(s) within 10 days of the copies being provided;

AND, ANY AND ALL OTHER RELIEF THIS COURT BINDS PROPER IN THE INTEREST OF JUSTICE.

FN 1.  It should also be noted that the Clerk of this Court did NOOT mail the NOTICES that t the writ records had been forwarded to this Court until January 27, 2015.

Respectfully Submitted,

x _Jeremy Crespin_
Jeremy Crespin
TDCJ No. 1807429
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX  76397

APPLICANT PRO SE

## VERIFICATION / CERTIFICATE OF SERVICE-

I, Jeremy Crespin, DDCJ No. 1807429, being presentiy incarcerated in the Hughes Unit of TDCJ-CID, in Coryell County, Texas, do declare under the penalty of perjury that the facts in this document are true and correct AND that I have caused this motionnto be mailed to the Court of Criminal Appeals and the Dallas County District Attorney on the date executed below by placing it into the prison mail system.

EXECUTED on this the __2__ day of _Febuary_, 2013

x _Jeremy Crespin_
Jeremy Crespin
Applicant PRO SE

Jeremy Crespion
TDCJ No. 1807429
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX   76597

Clerk
Court of Criminal Appeals of Texas
P.O. Box 12308
Austin, TX   78711

February 2, 2015

RE:   WR-82,141-03 and WR-82,141-04

Dear Clerk,

     Please find enclosed one original and one copy of a Motion
to STAY proceedings.

     Please file the original in WR-82, 141-04.

     Please file the copy in WR-82,14104.

     Thank you for your time and assistance.

                                        Respectfully,

                                    x   Jeremy Crespin
                                        Jeremy Crespin
                                        Applicant PRO SE

JC/swd
cc:   DA

CCA WRIT NO(S). WR-82,141-03 AND WR-82,141-04
TRIAL CT. WRIT NO(S) W08-16204-W(B) AND W08-16205-W(B)

|                  |     |                            |
|------------------|-----|----------------------------|
| EX PARTE         | §   | IN THE COURT OF            |
|                  | §   |                            |
|                  | §   | CRIMINAL APPEALS OF TEXAS  |
| JEREMY CRESPIN   | §   |                            |
|                  | §   | AT AUSTIN, TEXAS           |

**APPLICANT'S PRO SE MOTION TO STAY PROCEEDINGS AND ORDER CONVICTING COURT TO PROVIDE APPLICANT WITH A COPY OF FINDINGS OF FACT, CONCLUSIONS OF LAW, AND RECOMMENDATION AND SUPPORTING DOCUMENTS**

TO THE HONORBALE JUDGES OF THIS COURT:

The Texas Legislature, and Due Process, requires that a convicting court clerk must provide an applicant with copies of all documents filed in an 11.07 writ application case; to include, the convicting court's Findings of Fact, Conclusions of Law, and Recommendation. See, Tex. Code Crim. Proc., art. 11.07 §7; T.R.A.P. 73.4(b)(2) Applicant, Jeremy Crespin, has never received a copy, from the Dallas County District Clerk, of the Findings of Fact, Conclusions of Law, and Recommendation entered in these cases (W08-16204-W(B) and W08-16205-W(B)). Nor, has Applicant ever received from the Dallas County District Clerk a copy of any supprting documents; such as, affidavits from counsel (trial counsel, revocation counsel, or, revocation appellate counsel), the Supplemental Clerk's Record (filed in WR-16204-03), and any other EXHIBITS used by the convicting court to make the Findgings of Fact. Applicant has no idea what the convicting court has found or recommended in these cases nor what evidence the convicitng court has used to support those findings. This has prevented Applicant from preparing and filing any OBJECTIONS to the Findings of Fact, Conclusions of Law, and Recommendation as permitted by Rule 73.4(b)(2) of the Texas Rules of Appellate Procedure.

Thus, Applicant asks this Court to STAY the proceedings and ORDER the convciting court clerk to provide Applicant with a copy of all documents filed in these cases (ex. "writ record") so that Applicant may file OBJECTIONS to the convicting court's Findings of Fact, Conclusions of Law, and Recommendation(s).[1]

## PRAYER

WHEREFORE, ALL CONSIDERED, JEREMY CRESPIN, the Applicant, acting PRO SE, PRAYS this Honorable Court GRANT this motion in ALL things; and, therein:

1) STAY the proceedings in these cases,

2) ORDER the convicting court clerk (or the clerk of this Court) to provide Applicant personally, acting PRO SE, a copy of the "writ record(s)" and supplemental clerk's record FILED in these cases (or the Findings of Fact, Conclusions of Law, and Recommendation(s)),

3) ALLOW Applicant to file OBJECTIONS to the Findings of Fact, Conclusions of Law, and Recommendation(s) within 10 days of the copies being provided;

AND, ANY AND ALL OTHER RELIEF THIS COURT FINDS PROPER IN THE INTEREST OF JUSTICE.

Respectfully Submitted,

x _Jeremy Crespin_
Jeremy Crespin
TDCJ No. 1807429
Hughes Unit
Rt. 2, Box 4400
Gatesville, TX 76597

APPLICANT PRO SE

FN 1. It should also be noted that the Clerk of this Court did NOT mail the NOTICES that the writ records had been forwarded to this Court until January 27, 2015.

## VERIFICATION / CERTIFICATE OF SERVICE

I, Jeremy Crespin, TDCJ No. 1807429, being presently incarcerated in the Hughes Unit of TDCJ-CID, in Coryell County, Texas, do declare under the penalty of perjury that the facts in this document are true and correct AND that I have caused this motion to be mailed to the Court of Criminal Appeals and the Dallas County District Attorney on the date executed below by placing it into the prison mail system.

EXECUTED on this the __2__ day of _February_____, 2015

x _Jeremy Crespin_
Jeremy Crespin
Applicant PRO SE

**SUBJECT:** *State briefly the problem on which you desire assistance.*

COULD YOU PLEASE VERIFY IF I GOT ANY MAIL FROM THE DALLAS COUNTY DISTRICT CLERK (BY LOOKING AT THE SPECIAL AND LEGAL MAIL LOG) ~~FOR~~ IN JANUARY OF 2015. THE COURT SAYS THEY MAILED ~~A~~ ME SOME DOCUMENTS BUT I NEVER GOT THEM AND NEED TO PROVE THAT THE COURT.

THANK YOU

X Jeremy Crespin

Name: JEREMY CRESPIN   No: 1807429   Unit: AH

Living Quarters: 48-42   Work Assignment: ~~FACTOR~~ GARMENT FACTORY

**DISPOSITION:** (Inmate will not write in this space)

DID NOT RECEIVE ANY MAIL FROM DALLAS COUNTY DISTRICT CLERK

E. HENDRICKS
2-3-15

☆I-60 (Rev. 11-90)

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ Unit Assignment, Transfer (Chairman of Classification, Administration Building)

2. ☐ Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)

3. ☐ Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)

4. ☐ Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)

5. ☐ Visiting List (Asst. Director of classification, Administration Building)

6. ☐ Parole requirements and related information (Unit Parole Counselor)

7. ☐ Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)

8. ☐ Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)

TO: _Mail Room_
(Name and title of official)

DATE: 02 / 02 / 2015

ADDRESS: _AH_